LAURENCE L. ANGELO, ESQ., SB No. 034528    (SPACE BELOW FOR FILING STAMP ONLY)
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF CALAVERAS, DENNIS DOWNUM, ALAN SERPA, and GREY FOSTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KRAUTH, a minor, by Edwin Krauth, his Guardian ad Litem, <br><br>Plaintiff, <br><br>vs. <br><br>COUNTY OF CALAVERAS; DENNIS DOWNUM, as Sheriff of Calaveras County; ALAN SERPA, individually and as an agent of the Calaveras Sheriff's Department; GREY FOSTER, individually and as an agent of the Calaveras County Sheriff's Department, et al., <br><br>Defendants. | Case No.:1:07-cv-1827-OWW-SMS <br><br>**FRCP RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

## STIPULATION

WHEREAS, Plaintiff, Andrew Krauth, has now reached majority (18 years of age) and wishes to dismiss this action with prejudice and provide Defendants with a release of all claims in exchange for a waiver of collectible costs and attorney's fees by said Defendants; and

WHEREAS, Defendants are willing to accept said dismissal with prejudice and a release of all claims signed by Plaintiff, Andrew Krauth, and are willing to waive all costs and attorney's fees in exchange; and

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the interests of justice would be served by such dismissal and waiver;

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that pursuant to Federal Rules of Civil Procedure Rule 41(a) this matter be dismissed with prejudice pursuant to the terms outlined above and with permission of the Court.

Dated:  March 14, 2008

*/s/Andrew Krauth*
_____
Plaintiff, ANDREW KRAUTH

Dated:  March 12, 2008      VAN DER WALDE & ASSOCIATES

*/s/Paul D. Van Der Walde*
By:_____
Paul D. Van Der Walde, Esq.
Attorneys for Plaintiff, ANDREW KRAUTH

Dated:  March 26, 2008      ANGELO, KILDAY & KILDUFF

*/s/Laurence L. Angelo*
By:_____
Laurence L. Angelo, Esq.
Attorneys for Defendants COUNTY OF CALAVERAS, DENNIS DOWNUM, ALAN SERPA, and GREY FOSTER

///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: March 13, 2008 | FERGUSON, PRAET & SHERMAN |
| | */s/Kelly R.M. Irwin*<br>By:_____<br>KELLY R.M. IRWIN<br>Attorneys for Defendants<br>CITY OF ANGELS CAMP, ANGELS CAMP POLICE CHIEF TONY TACEIRA, ANGELS CAMP SGT. TODD FORDAHL, ANGELS CAMP SGT. STEVE POORTINGA and ANGELS CAMP POLICE OFFICER CHRIS ADAMS |

### ORDER

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that the above-entitled action and all Defendants named in the Complaint on file herein are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a).

Dated: March 27, 2008

/s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
JUDGE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

I:\LLA\KRAUTH\PLEADINGS\FRCP RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON.doc

PDF created with pdfFactory trial version www.pdffactory.com